**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6768**

———————

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

        v.

RODNEY LORENZO WYATT, JR., a/k/a Rodney Lorenzo Wyatt,

                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:09-cr-00133-REP-1)

———————

Submitted:  June 14, 2012              Decided:  June 20, 2012

———————

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Rodney Lorenzo Wyatt, Jr., Appellant Pro Se. Angela Mastandrea-Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Lorenzo Wyatt, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error.[*] Accordingly, we affirm for the reasons stated by the district court. United States v. Wyatt, No. 3:09-cr-00133-REP-1 (E.D. Va. Mar. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] To the extent Wyatt also challenges the validity of his conviction and sentence, such claims are not properly raised in a § 3582 motion. See United States v. Stewart, 595 F.3d 197, 201 (4th Cir. 2010) (noting that § 3582 proceeding is "not considered a full resentencing by the court").